

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00272-CV

## IN THE INTEREST OF K.H.M., A CHILD

**From the 249th District Court**
**Somervell County, Texas**
**Trial Court No. D05371**

## MEMORANDUM OPINION

Appellant filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). The motion states that the parties reached an agreement on the request for a new trial and that the trial court granted the motion for new trial. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed September 26, 2018
[CV06]

